FILED
July 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_Julie Golden\_\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>VS.<br><br>KANAKUK KAMPS, INC., ET AL.,<br><br>    Defendants. | §§§§§§§§§§<br><br>C.A. NO. 1:24-CV-00631-RP |

## ORDER

The above captioned cause comes before the Court on Plaintiff's Unopposed Motion for Leave of Court to Take Prisoner Deposition and Memorandum in Support.

After having reviewed the Motion and Memorandum in Support, the Court finds that Plaintiff's Unopposed Motion for Leave of Court to Take Prisoner Deposition should be granted.

IT IS HEREBY ORDERED that Plaintiff may take the deposition of Peter D. Newman while in custody of the Missouri Department of Corrections.

SIGNED this  1st  day of  July              , 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE