UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOHN DOE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 1:24-cv-00631-RP |
| § | |
| **KANAKUK KAMPS, INC., KANAKUK** § | |
| **MISSOURI, INC., KANAKUK** § | |
| **MINISTRIES, KANAKUK HERITAGE,** § | |
| **INC., K-KAMPS, INC., KUKORP, LLC,** § | |
| **JOE WHITE, and ACE AMERICAN** § | |
| **INSURANCE COMPANY.** § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL OF DEFENDANTS KANAKUK MISSOURI, INC. K-KAMP, INC., AND KUKORP, LLC

COMES NOW Plaintiff John Doe, by and through counsel, pursuant to Federal Rules of Civil Procedure Rule 41 and hereby dismisses his claims against Defendants Kanakuk Missouri, Inc., K-Kamp, Inc., and KUKORP, LLC. This filing does not release, discharge, or dismiss Plaintiff's claims against the other Defendants.

As evidenced by counsel's signature below, all parties who have appeared acknowledge this stipulation of dismissal.

**SUBMITTED AND APPROVED BY:**

**FORTENBERRY FIRM, PLLC**
By: */s/ Zeke Fortenberry*

**Zeke Fortenberry**
State Bar No. 24061361
E-Mail: zeke@fortenberryfirm.com
By: /s/ Tahira Khan Merritt
**Tahira Khan Merritt**
State Bar No. 11375550
E-Mail: tahira@fortenberryfirm.com
17177 Preston Rd. Suite 390
Dallas, TX 75248
Telephone: 469-626-7373
Facsimile: 469-716-4190

**MONSEES & MAYER, P.C.**
**Robert A. Thrasher,** *Pro Hac Vice*
E-Mail: rthrasher@monseesmayer.com

By: */s/ Phillip R. Martens*
**Phillip R. Martens,** *Pro Hac Vice*
E-Mail: rmartens@monseesmayer.com
4717 Grand, Suite 820
Kansas City, Missouri 64112
Telephone: (816) 361-5550

**COUNSEL FOR PLAINTIFF**

*AND*

**HUSCH BLACKWELL LLP**
By:  */s/ Rachel S. Kim-Walter*

Lorinda Holloway, TX Bar No. 00798264
111 Congress Avenue, Suite 1400
Austin, TX 78701
Office: (512) 479-1149
Fax No: (512) 479-1101
lorinda.holloway@huschblackwell.com

Bryan O. Wade, *admitted pro hac vice*
3810 E. Sunshine St., Suite 300
Springfield, MO 65809
Office: (417) 268-4000
Fax No.: (417) 268-4040

bryan.wade@huschblackwell.com

Rachel S. Kim-Walter, *admitted pro hac vice*
Allison E. Minicky, *admitted pro hac vice*
4801 Main Street, Suite 1000
Kansas City, MO 64112
Office: (816) 983-8000
Fax No.: (816) 983-8080
rachel.kimwalter@huschblackwell.com
allison.minicky@huschblackwell.com

**ATTORNEYS FOR KANAKUK DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record who have appeared in this case via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on this 16th day of January 2026.


By: /s/ *Zeke Fortenberry*
**ATTORNEY FOR PLAINTIFF**