UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 1:24-cv-00631-RP |
| § | |
| KANAKUK KAMPS, INC., KANAKUK § | |
| MISSOURI, INC., KANAKUK § | |
| MINISTRIES, KANAKUK HERITAGE, § | |
| INC., K-KAMPS, INC., KUKORP, LLC, § | |
| JOE WHITE, and ACE AMERICAN § | |
| INSURANCE COMPANY. § | |
| § | |
| Defendants. § | |

## ORDER DISMISSING DEFENDANTS KANAKUK MISSOURI, INC., K-KAMP, INC., AND KUKORP, LLC

On the joint stipulation of dismissal filed by the parties, Dkt. 110, it is HEREBY ORDERED that Defendants Kanakuk Missouri, Inc., K-Kamp, Inc., and Kukorp, LLC, are dismissed from this matter.

SIGNED this  20th  day of January , 2026.

HON. ROBERT PITMAN
U.S. DISTRICT JUDGE